IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    ELIAS RAFAEL GONZALEZ-CABRERA,

    Defendant.

---

## ORDER

---

This matter is before the Court on defendant's Motion to Dismiss Remaining Counts [Docket No. 1115]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 1115] is granted. Counts 3, 21, 26, 27, and 28 of the Second Superseding Indictment are dismissed as to defendant Elias Rafael Gonzalez-Cabrera only.

    DATED August 7, 2015.

                                BY THE COURT:

                                PHILIP A. BRIMMER
                                United States District Judge